File Hashes for IP Address 24.13.203.11

**ISP:** Comcast Cable
**Physical Location:** Glenview, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/04/2013 15:01:15 | B1C3606A657A831F78168DC7E66E6E94F43704F6 | Good Morning Baby |
| 06/02/2013 17:21:07 | D49687193DC07335824DAEA5B8DD63BB1056FA50 | Only Lorena |
| 06/01/2013 21:16:12 | 958BAAA5614FDF5109EB9908322887592751C9D1 | Rolling in the Sheets |
| 06/01/2013 01:43:31 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 06/01/2013 01:39:41 | B712D721CDDE7FF231F4CAFAD9A0FC699EB6E27E | Anneli Dream Girl |
| 05/25/2013 02:04:30 | C4CC10DBB35322FDA6174F3CC972034A48F498CE | Happy Birthday Capri |
| 05/22/2013 23:42:46 | E18C300FB1843F706CBB66DD23165FB7232E0D76 | Snow White and the Prince |
| 05/20/2013 03:54:55 | 8202E25A9942AEC2F4A63D16DF7D52E870D5BA37 | Green Eyes |
| 05/18/2013 14:47:24 | 0E52A8970C5BE96043430BE42A1E1DB82ACAEA5B | Together at Last |
| 04/30/2013 02:50:50 | 295BA80561CF75A1547B40596310D7FA9135164F | The Siren |
| 04/25/2013 03:33:31 | 4961537DF19F367E98D4160494F381A36D6A0AA6 | The Sleepover |
| 04/16/2013 01:20:25 | 49D672167AF7DCA301F3C474AFD2EF5BCCA4577F | Old Enough to Know Better |
| 04/15/2013 06:53:14 | A1431B13AAE51DD7514FA0CBD6597F0DD64FB80D | Bottoms Up |
| 04/09/2013 03:57:14 | 3D7B4E9E936C3DEA506A20CAC140A91CA7BFAB47 | Apartment Number Four |
| 04/09/2013 02:45:22 | ABA90A20358A4F8602BA9F97AA40B7509B89BBBE | Pretty Babies |
| 03/30/2013 14:50:53 | CAB18CC74E6D85F49900C1F071CF73A0568EA174 | Featherlight |
| 03/30/2013 14:39:05 | C8D462309A645291B33E51361C132BC236EBF7D0 | I Love X Art |
| 03/19/2013 03:43:31 | D5DED7C85D1DDC143D0C124EEA5576076C0BE444 | In Love With Lexi |
| 03/18/2013 09:12:12 | 308DBD6D714644BF82F7EE8CD484F31C1BAD9F48 | Circles of Bliss |
| 03/07/2013 03:24:43 | 5BD9522A089E8895C70B3AE7D6C552290EFA2529 | Red Satin |
| 03/01/2013 06:46:36 | 069CEC49FC514CD437AAE130285A89EA81D568F9 | Ready for Bed |
| 02/26/2013 15:17:49 | D7B8C31D8139038B8420F1D80B3CA80F3AC8940D | Tuesday Morning |
| 02/23/2013 16:23:04 | F94BD51BD55D9F8EB91969DB6C3BEC395FB3F305 | Invisible |

EXHIBIT A

NIL100

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/17/2013 19:35:25 | 41B2E0CAA9E915CF9A33F06CE658BAFF199C727F | Apartment in Madrid |
| 02/16/2013 21:13:49 | 71EF923E84BD33B9D86E6422547CABE35D70B1A0 | Sacred Romance |
| 02/10/2013 20:28:28 | 488A0F27CB97745A6772353E34FA19E702DADE29 | Afternoon Picnic |
| 02/10/2013 20:06:34 | F24892FB45F1A451482A13409A99ECCC9BC42A30 | Angie VIP Lounge |
| 02/09/2013 03:44:56 | 98DE457F485C12DBD49609127F6CB2CBBE0E082F | Deep Longing |
| 02/02/2013 22:43:10 | 5997B9E42F81D46B0CFF63705211D5B8C5C543F6 | Seeing Double |
| 01/19/2013 03:36:41 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 01/15/2013 06:35:31 | 0CE92EF780541EB7BFFD89D9ED528733B3D83B16 | Want You |
| 01/11/2013 06:23:42 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/08/2013 04:34:44 | 9BC696CD67249F7771E8792BEDFEEBB1A316283F | Veronica Wet Orgasm |
| 01/08/2013 04:32:04 | 1B180F54C8FC18A8A278856A812342B90CCEEB6A | Spur of the Moment |
| 11/28/2012 04:30:22 | 1DD230EBB5E63E108D95F72D0CF004401FDC2680 | Prelude to Passion |
| 11/06/2012 04:39:13 | 8060E0486B9923FC1F6E64F8FFAAE5E5DA07D6ED | Soul Mates |
| 11/06/2012 01:13:41 | F090574064A996033462E5B80BEDB93A5E7E817E | Still With Me |
| 10/24/2012 01:00:51 | 628133A4BEB1C8DDF3AC918023EB7FC92DF2C657 | A Day to Remember |
| 10/19/2012 02:24:26 | F9B2B3969276EDD427DEB3D695C1CFD7114E949F | Young Passion |
| 09/27/2012 03:42:42 | F8497BF9F7ED570C21B97E4AA792B9D4D4264019 | Russian Invasion |
| 09/20/2012 22:15:23 | 77E00754AC9EB6D7AE8F32FFD3E46D85A5347698 | Amazing Grace |
| 09/20/2012 22:13:21 | EC3B64720F386F52A7C2BA4E11D220D819E46E1A | Black Lingerie Bliss |
| 09/01/2012 14:59:28 | E83FFD612368F4A2F084D3BBF90CEC5593CE97D4 | Perfect Together |
| 08/21/2012 02:44:52 | 4979F25EBF33239DDE07331D38FA7CACD9BF2DEB | Being Me |
| 08/13/2012 22:52:56 | 1C04978A2E1C92AF54502D9CB1C7A9287C0E8CFD | Coucher Avec une Autre Fille |
| 08/07/2012 00:04:52 | 76934E870EDE0FD3AB5215BB4EB05979502F3EDC | Close to the Edge |
| 07/27/2012 01:01:22 | CB92CE8F3D962ADA668664815B8853C33BA4A44F | Young and Hot |
| 07/16/2012 01:13:42 | 7ECC9E6BFE36EC52C153B90BB871A71BF3787B12 | Pink Orgasm |
| 07/07/2012 05:18:24 | BA20D8B033C704E8ED71057633A272ED716E0BD5 | Sunday Afternoon |
| 07/01/2012 21:50:12 | 85C061224E1FB1EE1D088D1B4AFAC83C7115D91A | Angel Seaside Romp |

EXHIBIT A

NIL100

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/01/2012 21:30:30 | C23930D880586868F7BC186CB007AC74CC7DA4B1 | Carmen Poolside Striptease |
| 06/21/2012 02:01:49 | ABB4D875A7302BB7E9F1FE3F73070F86C1F970AA | Strawberry Blonde |
| 05/04/2012 04:29:11 | 3DA5344A0E67A6B950F8419A3D21906DA1EFEC1E | Little Lover |
| 04/10/2012 02:16:43 | 601803668238622B671ECC3EEBA7F76E3BC3BF2B | Wild at Heart |
| 03/28/2012 07:09:31 | 1213B249EA321619EC9F9F1FF8B7209FE5017DC5 | Perfect Girls |
| 03/27/2012 02:28:00 | 3EA39D5984EC53691B26068388479E55632AFE77 | Paradise Found |
| 03/21/2012 01:55:24 | 9EE7E5012B411B30874EF635099C60EB8652C9EF | Lunchtime Fantasy |
| 03/08/2012 02:19:53 | 7B4D84457DFC62C0D465D0CE0E241FF4112AC576 | Blonde Ambition |
| 01/13/2012 04:16:57 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 59**

EXHIBIT A

NIL100