# Copyrights-In-Suit for IP Address 24.13.203.11

**ISP:** Comcast Cable
**Location:** Glenview, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/24/2012 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/10/2013 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/20/2012 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 07/01/2012 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 02/10/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 06/01/2013 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 01/13/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/17/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 08/21/2012 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/20/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/08/2012 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/15/2013 |
| Carmen Poolside Striptease | PA0001771672 | 01/09/2012 | 01/17/2012 | 07/01/2012 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/18/2013 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 08/07/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/13/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/09/2013 |
| Elle Hearts Girls | PENDING | 05/27/2013 | 06/18/2013 | 06/01/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 03/30/2013 |
| Good Morning Baby | PENDING | 06/04/2013 | 06/18/2013 | 06/04/2013 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 05/20/2013 |
| Happy Birthday Capri | PENDING | 05/24/2013 | 06/17/2013 | 05/25/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/30/2013 |
| In Love With Lexi | PA0001833318 | 03/18/2013 | 04/12/2013 | 03/19/2013 |
| Invisible | PA0001826860 | 02/19/2013 | 02/21/2013 | 02/23/2013 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 05/04/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 03/21/2012 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/16/2013 |
| Only Lorena | PENDING | 06/02/2013 | 06/18/2013 | 06/02/2013 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 03/27/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 03/28/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/01/2012 |
| Pink Orgasm | PA0001797944 | 07/16/2012 | 07/18/2012 | 07/16/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/28/2012 |

EXHIBIT B

NIL100

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/09/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/01/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/07/2013 |
| Rolling in the Sheets | PENDING | 06/01/2013 | 06/17/2013 | 06/01/2013 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 09/27/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/16/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/02/2013 |
| Snow White and the Prince | PENDING | 05/22/2013 | 06/17/2013 | 05/22/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/06/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/08/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/06/2012 |
| Strawberry Blonde | PA0001794450 | 06/22/2012 | 06/25/2012 | 06/21/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 07/07/2012 |
| The Siren | PENDING | 04/30/2013 | 05/14/2013 | 04/30/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/25/2013 |
| Together at Last | PENDING | 05/18/2013 | 06/16/2013 | 05/18/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 02/26/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 01/08/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/15/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/11/2013 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 04/10/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/19/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 07/27/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 59**