## Expanded Surveillance of IP Address 24.13.203.11

**ISP:** Comcast Cable
**Location:** Glenview, IL

| Hit Date UTC | Filename |
|---|---|
| 02/10/2013 | Amateur Russian Couple Stolen |
| 02/10/2013 | Really Beautiful Russian Girl In Homemade Video [720p].wmv |
| 02/05/2013 | Amateur Nude Photos – US Army Brunette Masturbating |
| 02/01/2013 | Nice Beauty Amateur Russian Girlfriend Hot Homemade Action.avi |
| 02/01/2013 | Amateur Sexy Russian Teens Couple Having Good Homemade Sex.avi |
| 01/31/2013 | Amateur Russian Teen Fuck – Lalita.wmv |
| 01/25/2013 | German Amateur Couple Having Good Sex in Nature.avi |
| 01/25/2013 | Amateur Nude Photos – Fruit Loving Amateurs |
| 01/25/2013 | Amateur Nude Photos – Amateur Boat Fuck |
| 01/20/2013 | Amateur Russian Couple Get Good Home Fucked.avi |
| 01/20/2013 | Cute Horny Amateur Babe Fucked On Bed.avi |
| 01/20/2013 | Blonde Amateur Teen Sucks and Gets Fucked.avi |
| 01/15/2013 | Baby.Want.You.XArt.2012.FullHD_iyutero.com.mov |
| 01/15/2013 | x-art_baby_want_you_1080-chkm8te.mov |
| 01/05/2013 | AbbyWinters.13.01.01.Anna.B.Solo.2.XXX.720p.MP4-KTR[rbg] |
| 01/05/2013 | Amateur Nude Photos – Hardcore Russain and her Toy |
| 01/05/2013 | LittleMutt Presley Hart and Jay Taylor 720p.wmv |
| 01/05/2013 | Amateur Nude Photos – Hot Brunette Coed |
| 01/05/2013 | Amateur Nude Photos – Ukrainian Blonde Naughty Pictures |
| 01/05/2013 | AbbyWinters.13.01.02.Gisela.Solo.XXX.720p.MP4-KTR[rbg] |
| 01/05/2013 | LittleMutt.12.12.20.Tilly.And.Odette.First.Fisting.XXX.MP4-SITC[rbg] |
| 01/04/2013 | Horny Amateur Couple Make Private Sextape.avi |
| 01/04/2013 | Hegre-Art – Labia Loving Orgasm Massage (1080p) |
| 01/03/2013 | prnfle1041x.mp4 |
| 01/01/2013 | X-Art.12.12.31.Angie.Morning.Desires.XXX.1080p.MOV-KTR[rbg] |
| 01/01/2013 | AbbyWinters.12.12.29.Jade.S.And.Renae.D.Intimate.Moments.XXX.720p.MP4-KTR[rbg] |
| 01/01/2013 | Hotel Mirror Room Hot Amateur Sex.avi |
| 12/31/2012 | x-art_hayden_bree_sunday_afternoon_1080.mov |
| 12/29/2012 | x-art_baby_together_again_1080.mp4 |
| 12/29/2012 | AbbyWinters.12.12.20.Annabelle.Lee.Mystery.Shoot.13.XXX.720p.MP4-KTR[rbg] |
| 12/28/2012 | vol6 |
| 12/28/2012 | Tower Builder |
| 12/28/2012 | I.Have.A.Wife.19.XXX.DVDRiP.x264-DivXfacTory |
| 12/28/2012 | Excellent Homemade Porn Video of Beautiful Blonde Hot Action.avi |
| 12/28/2012 | AbbyWinters.12.12.19.Alex.K.Solo.XXX.720p.MP4-KTR[rbg] |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 12/28/2012 | AbbyWinters.12.12.18.Evelina.Solo.3.XXX.720p.MP4-KTR[rbg] |
| 12/27/2012 | Asian Amateur Couple Love Home Fuck.avi |
| 12/27/2012 | Бодибилдерша (release by IgorekSh) |
| 12/26/2012 | FTV Lacie |
| 12/26/2012 | Pizza (2012) DVDRip XviD 1CD AVI Mp3 -Team SR |
| 12/26/2012 | FTV Laleh |
| 12/26/2012 | Mali |
| 12/25/2012 | GirlsOutWest.12.09.12.Franky.The.Wanderer.XXx |
| 12/25/2012 | FTV Laura |
| 12/25/2012 | FTVGirls.12.12.15.Jodi.All.Natural.Orgasms.XXx |
| 12/25/2012 | FTVGirls.12.12.15.Jodi.Penetration.Time.XXx |
| 12/25/2012 | GirlsOutWest.12.09.17.Roes.Second.Coming.XXx |
| 12/25/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/25/2012 | GirlsOutWest.12.09.10.Immie.Aero.Dynamic.XXx |
| 12/25/2012 | GirlsOutWest.12.09.15.Snow.Bunnies.Frances.And.Rosie.XXx |
| 12/24/2012 | GirlsOutWest.12.09.19.Valentina.Belly.Dance.XXx |
| 12/24/2012 | X-Art - A Girls Fantasy - Beatrice [1080p].mov |
| 12/24/2012 | X-Art - Sent From Heaven - Baby [1080p].mov |
| 12/17/2012 | FTV Zoey |
| 12/15/2012 | Baby.Mira.Lipstick.Lesbians.XArt.2012.FullHD_iyutero.com.wmv |
| 12/15/2012 | x-art_baby_mira_lipstick_lesbians_720.wmv |
| 12/15/2012 | The Sitter (2011) DVDRip XviD.(Eng)-UNDEAD |
| 12/15/2012 | FTV Raven |
| 12/14/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/13/2012 | GirlsOutWest.12.09.26.Leonie.Looking.For.Love.XXX.1080p.MP4-oRo[rbg] |
| 12/13/2012 | GirlsOutWest.12.09.29.Monique.And.Zahara.Good.Girls.Gone.Bad.XXX.1080p.MP4-oRo[rbg] |
| 12/13/2012 | GirlsOutWest.12.09.24.Celine.Smells.Like.Teen.Spirit.XXX.1080p.MP4-oRo[rbg] |
| 12/12/2012 | Amateur Nude Photos - Pierced Amateur Vegas Hardcore |
| 12/12/2012 | 18OnlyGirls - Best Massage Of My Life - Dulce [1080p].mp4 |
| 12/12/2012 | Project.X.2012.TRUEFRENCH.720p.x264.mHD-FTX |
| 12/12/2012 | Carin and Elizabeth - Amateur Duo |
| 12/12/2012 | x-art_ivana_miss_me_not_1080.mov |
| 12/12/2012 | free massage .avi |
| 12/12/2012 | Jack Reacher (Lee Child) Book Collection 2012 |
| 12/11/2012 | x-art_baby_susie_then_they_were_three_720-chkm8te.wmv |
| 12/07/2012 | Nice Asian Amateur Teen Jumping On Top.avi |
| 12/07/2012 | Amateur Nude Photos - Crazy Emo Hardcore Photos |
| 12/07/2012 | Sexy Black Teen Girl Homemade Creampie.avi |
| 12/07/2012 | Amazing Amateur Couple Sex On Hidden Cam.avi |
| 12/07/2012 | Milf Amateur Couple Morning Trying Many Sexual Positions.avi |
| 12/06/2012 | x-art_kaylee_waterfall_emotions_1080.mov |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 12/04/2012 | x-art_beatrice_cum_with_me_1080.mp4 |
| 12/04/2012 | Amateur Teen Couple Make Good Home Porn.avi |
| 12/04/2012 | SellYourGF Janna Perfect Homemade Whore 720p.mp4 |
| 12/04/2012 | prnfle978x.wmv |
| 12/03/2012 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 12/03/2012 | x-art_angelica_inside_perfection_1080.mov |
| 12/02/2012 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |
| 12/02/2012 | Jake.in.Progress.S02E01.PROPER.HDTV.XviD-XOR.avi |
| 12/01/2012 | Alyssa R and Renae D..mp4 |
| 12/01/2012 | Nitro PDF Professional 8 (32-bit) v8.0.3.1 FINAL [h33t][iahq76] + Crack |
| 12/01/2012 | Prometheus.2012.HDCam.XviD-MYSTiC |
| 12/01/2012 | Girl.Girl.Hardcore.Girls.Needing.Girls.Abbywinters.DvDRip.2012_iyutero.com.wmv |
| 12/01/2012 | prnfle956x.mov |
| 12/01/2012 | Family.Guy.S05E08.PDTV.XviD-LOL |
| 11/29/2012 | sexo-xart-gianna-121127.mov |
| 11/29/2012 | Law.And.Order.CI.S05E04.HDTV.XviD-LOL |
| 11/28/2012 | Tori.Torrid.Love.X.Art.2010.FullHD_iyutero.com.wmv |
| 11/28/2012 | KBlaze |
| 11/28/2012 | Simpsons 6 |
| 11/28/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 11/25/2012 | Mirror of Wisdom.pdf |
| 11/25/2012 | xxx108.wmv |
| 11/24/2012 | Worldwar Series by Harry Turtledove Complete (Books 1 to 4) |
| 11/24/2012 | Connie.Heart.Soul.XArt.2012.FullHD_iyutero.com.wmv |
| 11/24/2012 | Min morbror trollkarlen |
| 11/23/2012 | Momiji Ep 1,2,3,4 |
| 11/22/2012 | {www.scenetime.com}Immortals (2011) R5 XviD-LTRG |
| 11/22/2012 | ShabbyBlue |
| 11/22/2012 | Crazy Beautiful Amateur Couple Having Fun In Shower.avi |
| 11/22/2012 | Black Gate 1,2 |
| 11/22/2012 | Amateur Homemade - Mom Like Good Sex.avi |
| 11/22/2012 | X-Art - Tarde Espanola - Addison [1080p].mp4 |
| 11/22/2012 | Woman.Dragon.vs.The.Dark.forces.mkv |
| 11/21/2012 | PS2DVD - Agent Hugo [PAL] [WwW.GamesTorrents.CoM] |
| 11/21/2012 | X-Art - By Myself - Baby [1080p].mp4 |
| 11/20/2012 | cfst38s02ep04-ihd-1.mp4 |
| 11/18/2012 | steppenwolf |
| 11/18/2012 | prnfle912x.mov |
| 11/17/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/16/2012 | Sasha R..mp4 |
| 11/14/2012 | x-art_kaylee_susie_finding_elysium_1080.mov |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 11/14/2012 | x-art_ivy_lovers_quarrel_1080.wmv |
| 11/11/2012 | prnfle866x.mov |
| 11/10/2012 | YoungLibertines – Janna [720p].mp4 |
| 11/10/2012 | X-Art – Vacation Fantasy – Susie [1080p].mov |
| 11/08/2012 | Tiffany_Abby-PerfectGirls.mov |
| 11/08/2012 | x-art_ivy_sebastian_soul_mates_1080.mov |
| 11/07/2012 | Kelsey intimate 02hd.wmv |
| 11/07/2012 | Kelsey she loves th pink 04hd.wmv |
| 11/07/2012 | Kelsey she loves the pink 03hd.wmv |
| 11/07/2012 | Romi extreme dildos 03hd.wmv |
| 11/07/2012 | Romi original visit 05hd.wmv |
| 11/07/2012 | Romi original visit 03hd.wmv |
| 11/07/2012 | Kelsey first trip 04hd.wmv |
| 11/07/2012 | Alannah halloween special 01hd.wmv |
| 11/07/2012 | Rise of the Planet of the Apes.2011.BDRip-AVC.H264.JRG.mkv |
| 11/07/2012 | shameless.us.207.hdtv-lol.avi |
| 11/07/2012 | Romi extreme dildos 01hd.wmv |
| 11/07/2012 | The Manticore and Other Horrors by Cradle Of Filth.zip |
| 11/07/2012 | Prometheus.2012.DVDSCR.XviD.MAXSPEED |
| 11/07/2012 | Thor (2011) DvDRip XviD Ac3-ViP3R |
| 11/07/2012 | Romi original visit 01hd.wmv |
| 11/07/2012 | Victoria a very wet day 02hd.wmv |
| 11/07/2012 | Romi extreme dildos 05hd.wmv |
| 11/07/2012 | Kelsey intimate 07hd.wmv |
| 11/06/2012 | X Art – Kaylee HD 1080p |
| 11/06/2012 | prnfle819x.mov |
| 11/06/2012 | Supernatural.s02e13.DVDRip.Ukr.Eng.avi |
| 11/06/2012 | GirlsOutWest – Paula and Peta |
| 11/01/2012 | 12.10.30.Caprice_Ivana_X-Art_ImgZilla.mov |
| 10/30/2012 | X-Art.com_12.10.27.Caprice.Casual.Sex.XXX.IMAGESET-FuGLi |
| 10/29/2012 | X-Art – Ibiza Love – Gianna [1080p].mp4 |
| 10/28/2012 | prnfle702x.mov |
| 10/26/2012 | X-Art – Poolside Passion – Mira [1080p].mov |
| 10/26/2012 | cfst43s01ep02-ip4-1-chkm8te.mp4 |
| 10/24/2012 | X-ART.com A Day to Remember Baby 21.10 1080p |
| 10/24/2012 | Моя тасечка |
| 10/23/2012 | Vince Flynn |
| 10/22/2012 | X-Art – Flexible Beauty – Mira aka Diana G [1080p].mov |
| 10/21/2012 | prnfle638x.mov |
| 10/21/2012 | prnfle629x.mov |
| 10/20/2012 | Honorverse Collection |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 10/19/2012 | x-art_baby_young_passion_1080.mp4 |
| 10/19/2012 | prnfle580x.wmv |
| 10/16/2012 | Falling Skies S02E04 Young Bloods HDTV XviD- ASAP [eztv] |
| 10/16/2012 | George R R Martin A Song of Ice and Fire 1-5 |
| 10/16/2012 | Fleet of Worlds by Larry Niven (Fleet of Worlds Book 1) |
| 10/16/2012 | prnfle554x.wmv |
| 10/16/2012 | Shaolin in the Wind (Chinese Kung-Fu Dance Display) |
| 10/16/2012 | Safe House [2012] DVDRip |
| 10/15/2012 | prnfle536x.mov |
| 10/15/2012 | X-Art - Daydream - Diana [1080p].wmv |
| 10/13/2012 | Red.Hot.Red.Hot.X.Art.2012.FullHD_iyutero.com.wmv |
| 10/13/2012 | [GirlsOutWest] 2012-09-01 - Annabelle Lee and Celine - Game On [00.18.01][1920x1080][MP4].mp4 |
| 10/13/2012 | Mutual Erogenous Massage HD 1080p |
| 10/12/2012 | Publicpickups - Mona Lee 2012 HD 720.mp4 |
| 10/11/2012 | pup_noemilk_myuiki_720p_3800.mp4 |
| 10/11/2012 | nadine-j.de - Vendy - Milking |
| 10/11/2012 | pup_rihanna_samuel_720p_8000.mp4 |
| 10/11/2012 | pup_tea_key_720p_3800.mp4 |
| 10/11/2012 | PublicPickUps - Terry Palomino |
| 10/11/2012 | Infix PDF Editor 5.14  Setup + Key.rar |
| 10/11/2012 | PublicPickUps_-_Candy_Hot_Not_So_Silent_Library_HD_1080p |
| 10/11/2012 | The Tourist.English Movie MeGaSpeed |
| 10/11/2012 | sexo-pp-nessy-121008.mp4 |
| 10/11/2012 | PublicPickUps_12_06_25_Veronika_She_Works_Out_XXX_720p |
| 10/10/2012 | Hegre-Art - 2010-02-18 - Angelica, Paulina, Anna S, Linda L - Thai Oil Massage |
| 10/10/2012 | Trauma.S01E12.HDTV.XviD-LOL - [ www.torrentday.com ] |
| 10/10/2012 | nadine-j.de - Steffi - Milking |
| 10/09/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 10/09/2012 | HA - 2012-09-25 - Valerie - Erotic Bed Massage |
| 10/09/2012 | Orgasms - Sensual Massage - Veronika [720p].mov |
| 10/09/2012 | HA - 2012-04-10 - Mind Blowing Boner Massage |
| 10/07/2012 | X-Art.In Bed - Kristen [1080p].mov |
| 10/07/2012 | X-Art - Kristen (Girl Next Door) 720p.wmv |
| 10/07/2012 | AnnaSShaving.avi |
| 10/06/2012 | 25827_Felony_avc.mp4 |
| 10/06/2012 | EngelieAndKikiSharingOrgasms.avi |
| 10/04/2012 | X-Art - Emma and Francesca (Daddys Office).mov |
| 10/04/2012 | X-Art Gianna Black Lace Bliss |
| 10/03/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 09/28/2012 | X-Art - Miss Perfect - Anneli [1080p].mov |
| 09/28/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 09/28/2012 | Backroom Casting Couch – Pregnant Cami.wmv |
| 09/28/2012 | El.Motorista.Fantasma.(Ghost.Rider)TS-Screener.[www.nosolotorrents.com] |
| 09/28/2012 | prnfle349x.mp4 |
| 09/28/2012 | prnfle368x |
| 09/27/2012 | prnfle363x.wmv |
| 09/27/2012 | x-art_grace_linsay_nastia_russian_invasion_1080.mov |
| 09/23/2012 | Amateur Porn Star Killer 3 |
| 09/23/2012 | hacked laptop of amateur couple |
| 09/23/2012 | Defloration.12.09.06.Svetka.Pionerka.Virgin.Massage.XXX |
| 09/23/2012 | sexpack 38 |
| 09/22/2012 | X-Art – Ruby – Summer Love (1080p).mov |
| 09/22/2012 | prnfle303x.mov |
| 09/21/2012 | X-Art – Black Lace Bliss – Gianna [1080p].mov |
| 09/21/2012 | Grace1080.mov |
| 09/20/2012 | J. Cole – Cole World – The Sideline Story (iTunes Edition) [tL] |
| 09/20/2012 | X-Art – Underwater Lover – Silvie, Kaylee [1080p].mov |
| 09/20/2012 | Nikita S02E16 HDTV XviD-ASAP.[VTV].avi |
| 09/13/2012 | X-Art – Morning Memories – Cindy [1080p].mov |
| 09/13/2012 | X-Art – House Of The Rising Sun – Jessie [1080p].mp4 |
| 09/09/2012 | hegre-art.com.Silvie.Seductive.XXX.[GoldenPirates] |
| 09/08/2012 | hegre-art.com.Valerie.ShowerShave.XXX.[GoldenPirates] |
| 09/08/2012 | hegre-art.com.Kiki.SuicidalOrgasm.XXX.[GoldenPirates] |
| 09/08/2012 | x-art_kaylee_ian_first__love_1080.mov |
| 09/08/2012 | hegre-art.com.Konata.ChokingOrgasm.XXX.[GoldenPirates] |
| 09/03/2012 | X-Art – Side by Side – Leila, Ivy [1080p].wmv |
| 09/03/2012 | Heroes.S01E18.HDTV.XviD-LOL |
| 09/01/2012 | leila.Ivy.sidebyside.wmv |
| 09/01/2012 | X-Art_-_Mary_and_Ariel_-_Perfect_Together_HD_1080 |
| 09/01/2012 | Rogue_Network_Radio |
| 08/30/2012 | When The Skies Wept Blood |
| 08/30/2012 | x-art_mary_ariel_perfect_together_720.wmv |
| 08/30/2012 | AbbyWinters_-_Evelina_and_Fenna_Lesbian_HD_720p |
| 08/26/2012 | x-art_starting_over_jessie_1080.mp4 |
| 08/23/2012 | x-art_silvie_unbelievably_beautiful_1080.mov |
| 08/23/2012 | prnfle189x.mov |
| 08/23/2012 | The Middle S03E20 HDTV XviD-2HD |
| 08/23/2012 | prnfle190x |
| 08/22/2012 | WowGirls – L'art Du Massage Erotique – Gloria, Sabrina [1080p].wmv |
| 08/22/2012 | LittleMutt.12.08.10.Cassie.Laine.and.Alaina.Fox.Part.2.XXX.720p.WMV-FPS |
| 08/22/2012 | terminator.the.sarah.connor.chronicles.s02e09.swesub.hdtv.xvid-Miklo50 |
| 08/22/2012 | Defloration_-_Durina_Belova_-_Virgin_Massage_HD_720p |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 08/21/2012 | X-Art_-_Addison_Begin_Me_HD_1080p |
| 08/21/2012 | LittleMutt.12.07.13.Cassie.Laine.and.Alaina.Fox.Part.1.XXX.720p.WMV-FPS |
| 08/21/2012 | MythBusters.S08E11.MythBusters.Top.25.Moments.HDTV.XviD-FQM |
| 08/21/2012 | LittleMutt.12.07.27.Alaina.Fox.Blow.Job.XXX.720p.WMV-FPS |
| 08/21/2012 | prnfle173x.wmv |
| 08/21/2012 | LittleMutt.12.08.03.Holy.Webster.Sofa.XXX.720p.WMV-FPS |
| 08/21/2012 | X-Art - This Side of Paradise - Ivy [1080p].mov |
| 08/17/2012 | prnfle123x.mov |
| 08/16/2012 | x-art_caprice_anneli_threes_company_1080.mp4 |
| 08/14/2012 | x-art_jessie_anais_coucher_avec_an_autre_fille_1080.mp4 |
| 08/13/2012 | AbbyWinters.12.08.04.Athletics.Girls.Shot.Put.XXX.720p.MP4-KTR |
| 08/13/2012 | X-Art  True Love .mov |
| 08/11/2012 | X-Art - Inspiration- Susie [1080p].mov |
| 08/09/2012 | [Amateur] 2010 StepBrotherRape - Austrian girl bates and is raped by step-brother |
| 08/09/2012 | ohrly-rc716mbad.wmv |
| 08/09/2012 | j124_(new).avi |
| 08/09/2012 | RealCouples.12.03.16.Shelly-Ann.Alan.And.Lucy.Law.2.XXX.WMV-OHRLY |
| 08/09/2012 | RealCouples.12.08.01.Vicky.Peach.And.Jim.Homemade.XXX.WMV-OHRLY |
| 08/07/2012 | True Blood Season 5, Episode 2 |
| 08/07/2012 | x-art_jessie_farewell_1080.mp4 |
| 08/07/2012 | Hot.Sauce.9.XXX.DVDRip.XviD Jiggly |
| 08/07/2012 | X-Art.12.08.06.Leila.Kaylee.Close.To.The.Edge.XXX.1080p.MOV-KTR |
| 08/04/2012 | X-Art - Hayden Winters and Gigi R - Play Time (SD plus HD 720p) |
| 08/04/2012 | X-Art - White Hot - Mary [1080p].mov |
| 08/04/2012 | Engelie.Triple.Tropical.Orgasm.Massage.HegreArt.2012_iyutero.com.mp4 |
| 08/03/2012 | x-art_susie_inspiration_1080.mov |
| 07/31/2012 | Underworld Awakening{2012}SWESUB Caliente avi |
| 07/31/2012 | X-Art - Private Time - Abby [1080p].mov |
| 07/31/2012 | X-Art - Casual Affair - Eufrat, Grace [1080p].mov |
| 07/31/2012 | x-art_avril_keira_come_to_my_window_720.wmv |
| 07/31/2012 | X-Art - Come To My Window - Kiera, Avril [1080p].mov |
| 07/31/2012 | X-Art - Transcendence - Silvie [1080p].mov |
| 07/27/2012 | X-Art.12.06.11.Stefanie.And.Suzie.C.Sapphic.Experience.XXX.1080p.MOV-KTR |
| 07/27/2012 | X-Art.12.06.06.Avril.Young.And.Hot.XXX.1080p.MOV-KTR |
| 07/25/2012 | x-art_gianna_morning_tryst_1080.mov |
| 07/23/2012 | ShesBoss.07.02.23.Sarah.Baby.Oil.Massage.XXX.WMV-OHRLY |
| 07/22/2012 | x-art_ivy_wet_dream_1080.mov |
| 07/21/2012 | bitreactor.to_Rookie.Blue.S01E10.Die.Aussprache.GERMAN.dTV.XviD-FREAKS |
| 07/21/2012 | HT-23304 Justine Joli |
| 07/21/2012 | Zerns |
| 07/21/2012 | Eva.Patrik.Czech.Younglibertines.2010_iyutero.com.mp4 |

EXHIBIT C

NIL100

| Hit Date UTC | Filename |
|---|---|
| 07/21/2012 | HT-23623 AnnaBelle Lee |
| 07/18/2012 | x-art_maya_backstage_1080.mov |

EXHIBIT C

NIL100